WR-83,947-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

## Petition for Discretionary Review

I, Justin Hamerlinck argue in this P.D.R. that the Criminal Court of Appeals has abused their discretion by denying my Writ of Habeas Corpus on Article 11.07. By ignoring evidence that clearly exonarates me, I suffered a constitutional violation. I am a victim of ineffective assistance of counsel a 6th Ammendment issue.

I was charged by indictment with possession of marijuana in the proximity of Monterey High School's drug-free zone. In the finding of fact procedure the District Court asked the GIS Coordinator with the City of Lubbock to measure the distance between petitioners residence and Monterey High School. Their map shows that Monterey High School is outside the 1,000 foot buffer zone since the distance between the school property line and the apartment is 1,141 feet. Showing that the indictment fails to support the drug-free zone enhancement.

In response to the fact and finding procedure, the District Court argues that petitioner was in a d.f.z of Eagle Charter School and Rising Higher Learning Center. Elements that are fundamentally defective, since neither school are stated and are void of any mention in the indictment.

The generating source establishing a drug-free zone in the indictment is determined as; namely Monterey High School.

   Proof was also submitted by counsel, Ruth Cantrell that she stated to me that I was within a drug-free zone of Monterey High. Counsel never challenged the indictment, but agreed with it saying she researched it. Counsel showed Negligence, failed to investigate, gave false information and wrong legal advice.

   Petitioner pleas with the Criminal Court of Appeals to consider whether the indictment is fundamentally flawed, to void the drug-free zone enhancement. An evidentiary hearing would afford the opportunity to prove my innocence of the d.f.z. enhancement.

   I pray the Court schedule a hearing and allow petioner to present the relevant exonarating evidence.

Sincerely,

Justin Hamerlinck

Justin Hamerlinck
TDCJ Id # 1919580
Ware Unit

November 19th, 2015